

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LOWER VALLEY WATER DISTRICT, | § | No. 08-20-00134-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| DANNY SANDER CONSTRUCTION, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV2643) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS TH DAY OF AUGUST 17, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.